# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 21, 2020

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. William F. Kuntz II, U.S.D.J.
225 Cadman Plaza East
Courtroom 6H North
Brooklyn, NY 11201-1804

      *Re:*    <u>**Plaza Motors of Brooklyn, Inc.**, *et al.* **v. Cuomo**, *et al.*</u>
             <u>**Case No.: 1:20-cv-4851 (WFK) (SJB)**_____</u>

Dear Judge Kuntz:

      This firm represents the Plaintiffs in the above-referenced case. Plaintiffs write to respectfully request leave to file excess pages of their reply papers in further support of their motion for a preliminary injunction for this Court's consideration of the pending motion in advance of the hearing scheduled for tomorrow at 2:00 PM in this case. Plaintiffs also respectfully request leave of the Court to submit their reply memorandum of law without tables of contents and authorities. Pursuant to ¶¶ III(F) of this Court's Individual Motion Practices and Rules, reply memoranda are limited to ten (10) pages and any memoranda of ten (10) pages or more shall contain tables of contents and authorities.

      Plaintiffs respectfully submit that the two (2) additional pages requested are necessary to address the significant aspects of Defendants' arguments – contained in two (2) separate briefs – in opposition. Further, given the restrictive time frame of only twenty-four (24) hours which Plaintiffs were afforded to submit said reply papers, Plaintiffs respectfully submit that leave should be granted to file their twelve (12) page reply memorandum of law *sans* tables.

      Accordingly, this Court should grant Plaintiffs' requested relief. Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       October 21, 2020                Respectfully submitted,

                                                **MILMAN LABUDA LAW GROUP PLLC**
                                                _____/s_____
                                                Jamie S. Felsen, Esq.
                                                Emanuel Kataev, Esq.
                                                3000 Marcus Avenue, Suite 3W8
                                                Lake Success, NY 11042-1073
                                                (516) 328-8899 (office)
                                                (516) 328-0082 (facsimile)
                                                jamiefelsen@mllaborlaw.com
                                                emanuel@mllaborlaw.com