## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:20-CV-4851

Date Filed: 10/8/2020

Plaintiff:
**Plaza Motors of Brooklyn, Inc. d/b/a Plaza Honda, et al.**

vs.

Defendant:
**Andrew M. Cuomo, Governor of the State of New York, in his official capacity, et al.**

**State of New York, County of Albany)ss.:**

Received by Nicoletti & Harris to be served on **Empire State Development Corporation.**

I, James Boland, being duly sworn, depose and say that on the **30th day of October, 2020 at 3:15 pm**, I:

Served Empire State Development Corporation by delivering two true copies of the **Summons in a Civil Action, Civil Cover Sheet, and First Amended Complaint, Complaint, Order to Show Cause, Declaration of Adam Rosatti in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminarey Injunction, Corporate Disclosure Statement, Order to Show Cause pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Sue Zouky, Business Document Specialist 2, of the Secretary of State of New York State, Department of State, 99 Washington Avenue, 6TH Floor, Albany, NY, 12231, The Secretary of State being the **Registered Agent/Statutory Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

_____
James Boland
Process Server

Subscribed and Sworn to before me on the 2nd day of November, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28,

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013
(212) 267-6448
Our Job Serial Number: 2020003406
Ref: 2020012144

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x