

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **RACHEL K. MOSTON**<br>Phone: 212-356-2190<br>Fax: 212-356-2019<br>E-mail: rmoston@law.nyc.gov |

December 11, 2020

**By Electronic Mail**
Jamie Felsen, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042

   Re: <u>Plaza Motors Brooklyn, Inc., et al. v. Cuomo, et al.</u>
     Docket No. 20 CV 851 (WFK) (SJB)

Dear Mr. Felsen:

   This office represents Defendant Bill de Blasio ("City Defendant") in the above-referenced matter.  In accordance with Judge Kuntz's Individual Motion Practice Rule III(G)(1), enclosed please find copies of the following documents in support of City Defendant's motion to dismiss: (1) City Defendant's Notice of Motion; and (2) City Defendant's Memorandum of Law in Support of its Motion to Dismiss.

                Respectfully submitted,

                /s/

                Rachel K. Moston
                Assistant Corporation Counsel

Cc: All Counsel (By Email)