

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

WRITER'S DIRECT DIAL: 212-416-6287

By ECF                                                                                                  December 11, 2020
Hon. William F. Kuntz, II
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Plaza Motors of Brooklyn, Inc., et. al. v. Governor Cuomo, Mayor de Blasio, and Empire State Development Corporation*, 20-cv-04851 (WFK) (SJB)

Dear Mr. Felsen:

    This Office represents Governor Andrew M. Cuomo, in his official capacity, and the Empire State Development Corporation (collectively "State Defendants"), in the above-referenced action. In accordance with Judge Kuntz's Individual Motion Practice Rule III(G)(1), enclosed please find copies of the following documents in support of State Defendants' motion to dismiss: (1) State Defendants' Notice of Motion to Dismiss the Amended Complaint; and (2) State Defendants' Memorandum of Law in Support of their Motion to Dismiss.

                           Respectfully,

                           /s/ *Maryam Jazini Dorcheh*
                           Maryam Jazini Dorcheh
                           Assistant Attorney General

cc:    All counsel of record (via Email and ECF)