# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082**

January 22, 2021

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. William F. Kuntz II, U.S.D.J.
225 Cadman Plaza East
Courtroom 6H North
Brooklyn, NY 11201-1804

    *Re:*  **<u>Plaza Motors of Brooklyn, Inc.,</u>** *et al.* **v. <u>Cuomo</u>,** *et al.*
       **<u>Case No.: 1:20-cv-4851 (WFK) (SJB)</u>**

Dear Judge Kuntz:

  This firm represents the Plaintiffs in the above-referenced case. Plaintiffs write to respectfully request leave to file excess pages of their opposition papers to Defendants' separate motions to dismiss in this case. Pursuant to ¶ III(F) of this Court's Individual Motion Practices and Rules, memoranda of law are limited to twenty-five (25) pages. Plaintiffs request leave to file up to thirty-five (35) pages.

  Plaintiffs respectfully submit that the additional pages requested are necessary to address the significant aspects of Defendants' separate arguments – contained in two (2) separate briefs – in support of their respective motions to dismiss.

  Accordingly, Plaintiffs submit that good cause exists for this Court to grant Plaintiffs' requested relief. Consistent with ¶ III(G) of this Court's Individual Motion Practices and Rules, Plaintiffs shall serve their opposition papers on Defendants without filing same until the motion is fully briefed and only file a cover letter with the Court indicating service has been made.

  Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
    January 22, 2021       Respectfully submitted,

              **MILMAN LABUDA LAW GROUP PLLC**
              _____/s_____
              Jamie S. Felsen, Esq.
              Emanuel Kataev, Esq.
              3000 Marcus Avenue, Suite 3W8
              Lake Success, NY 11042-1073
              (516) 328-8899 (office)
              (516) 328-0082 (facsimile)
              jamiefelsen@mllaborlaw.com
              emanuel@mllaborlaw.com