**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 22, 2021

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. William F. Kuntz II, U.S.D.J.
225 Cadman Plaza East
Courtroom 6H North
Brooklyn, NY 11201-1804

      *Re:*   <u>**Plaza Motors of Brooklyn, Inc.**, *et al.* **v. Cuomo**, *et al.*</u>
             <u>**Case No.: 1:20-cv-4851 (WFK) (SJB)**_____</u>

Dear Judge Kuntz:

      This firm represents the Plaintiffs in the above-referenced case. Plaintiffs write to respectfully request leave to file excess pages of their opposition papers to Defendants' separate motions to dismiss in this case. Pursuant to ¶ III(F) of this Court's Individual Motion Practices and Rules, memoranda of law are limited to twenty-five (25) pages. Plaintiffs request leave to file up to thirty-five (35) pages.

      Plaintiffs respectfully submit that the additional pages requested are necessary to address the significant aspects of Defendants' separate arguments – contained in two (2) separate briefs – in support of their respective motions to dismiss.

      Accordingly, Plaintiffs submit that good cause exists for this Court to grant Plaintiffs' requested relief. Consistent with ¶ III(G) of this Court's Individual Motion Practices and Rules, Plaintiffs shall serve their opposition papers on Defendants without filing same until the motion is fully briefed and only file a cover letter with the Court indicating service has been made.

      Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       January 22, 2021           Respectfully submitted,

                                         **MILMAN LABUDA LAW GROUP PLLC**
                                         _____/s_____
                                         Jamie S. Felsen, Esq.
                                         Emanuel Kataev, Esq.
                                         3000 Marcus Avenue, Suite 3W8
      The application is granted.    Lake Success, NY 11042-1073
             **SO ORDERED.**         (516) 328-8899 (office)
                 s/ WFK              (516) 328-0082 (facsimile)
     William F. Kuntz, II   U.S.D.J.  jamiefelsen@mllaborlaw.com
       Dated: January 22, 2021       emanuel@mllaborlaw.com