# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 20, 2021

| | |
|---|---|
| **VIA ECF & E-MAIL** | **VIA ECF & E-MAIL** |
| State of New York | James E. Johnson |
| Office of the Attorney General | Corporation Counsel of the City of New York |
| <u>Attn</u>: Maryam Jazini Dorcheh, Esq. | <u>Attn</u>: Rachel K. Moston & Edward L. Murray, Esqs. |
| 28 Liberty Street | 100 Church Street, Rooms 5-153 & 5-319, respectively |
| New York, NY 10005 | New York, NY 10007 |
| maryam.jazini@ag.ny.gov | rmoston@law.nyc.gov |
| | emurray@law.nyc.gov |
| *Attorneys for Defendants* | |
| *Andrew M. Cuomo, and* | *Attorneys for Defendant* |
| *Empire State Development Corp.* | *Bill de Blasio* |

    *Re:*    **Plaza Motors of Brooklyn, Inc.,** *et al.* **v. Cuomo,** *et al.*
           **Case No.: 1:20-cv-4851 (WFK) (SJB)**
           <u>**MLLG File No.: 215-2020**</u>

Counselors:

       This firm represents the Plaintiffs in the above-referenced case. Plaintiffs write pursuant to ¶ III(G) of this Court's Individual Motion Practices and Rules to submit their memorandum of law in opposition to the Defendants' separate motions to dismiss pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Dated: Lake Success, New York
       August 20, 2021                 Regards,

                                             **MILMAN LABUDA LAW GROUP PLLC**
                                             _____/s_____
                                             Jamie S. Felsen, Esq.
                                             Emanuel Kataev, Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 328-0082 (facsimile)
                                             jamiefelsen@mllaborlaw.com
                                             emanuel@mllaborlaw.com

Enclosures (via email only).

**<u>VIA ECF (without enclosures)</u>**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. William F. Kuntz II, U.S.D.J.
225 Cadman Plaza East
Courtroom 6H North
Brooklyn, NY 11201-1804